IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARRY TURNER II,

    Plaintiff,

  v.

UNIVERSITY OF SAN FRANCISCO SCHOOL OF NURSING,

    Defendant.
                                    /

No. C 05-02048 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for hearing on December 2, 2005, on Defendant's motion to dismiss. The Court HEREBY ORDERS that Plaintiff's opposition brief shall be due on August 19, 2005. Defendant's reply, if any, shall be due on August 26, 2005. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If the parties wish to modify this briefing schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 28, 2005

_Jeffrey S. White_
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE