IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARRY TURNER II,

    Plaintiff,

v.

UNIVERSITY OF SAN FRANCISCO SCHOOL OF NURSING,

    Defendant.

No. C 05-02048 JSW

**ORDER SETTING BRIEFING SCHEDULE RE MOTION FOR SUMMARY JUDGMENT**

    This matter is set for hearing on September 15, 2006, on Defendants' motion for summary judgment. The Court HEREBY ORDERS that Plaintiff's opposition shall be due by August 11, 2006. Defendants' reply shall be due by August 18, 2006.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: July 26, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE