United States District Court

For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   BARRY TURNER II,
10          Plaintiff,                          No. C 05-02048 JSW
11   v.                                         **ORDER TO SHOW CAUSE**
12   UNIVERSITY OF SAN FRANCISCO
     SCHOOL OF NURSING, et al.,
13
14          Defendants.
                                          /
15
16          On July 24, 2006, Defendants filed a motion for summary judgment which is currently

17   set to be heard on September 15, 2006.  On July 26, 2006, the Court issued an order setting a

18   briefing schedule on Defendants' motion directing Plaintiff to file any opposition by no later

19   than August 11, 2006.  To date, Plaintiff has not filed any opposition or any request for

20   extension of time to oppose Defendants' motion.  On August 14, 2006, Defendants filed a reply

21   brief highlighting Plaintiff's failure to oppose the pending motion for summary judgment and

22   requesting that their motion be granted without a hearing.

23          Therefore, the Court issues this Order to Show Cause ("OSC") why Defendants' motion

24   for summary judgment should not be granted as unopposed.  Plaintiff shall file a response to this

25   OSC by no later than 2:00 p.m. on Wednesday, September 13, 2006.[1]  If Plaintiff intends to

26   provide the Court with good cause for his delay and requests an extension to oppose

27
28          [1] It has come to the Court's attention that Plaintiff's counsel has made several *ex parte*
     attempts to communicate with the Court about the lack of his opposition.  Not only is that an
     improper method for communicating with the Court, it does not help Plaintiff because there
     is no information in the record on Plaintiff's position which the Court may review in
     adjudicating Defendants' motion.

1   Defendants' motion for summary judgment, Plaintiff is directed to do so in writing filed with

2   the Court in his response to this OSC.

3        **IT IS SO ORDERED.**

4   Dated: September 8, 2006

5   JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

**United States District Court**

For the Northern District of California

2