**United States District Court**<br>For the Northern District of California

1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT
7
8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9   BARRY TURNER II,
10         Plaintiff,                              No. C 05-02048 JSW
11      v.                                         **SECOND ORDER TO SHOW**
                                                   **CAUSE AND RESCHEDULING**
12  UNIVERSITY OF SAN FRANCISCO                    **DEADLINES**
    SCHOOL OF NURSING, et al.,
13
           Defendants.
14                                              /
15
16      Defendants' motion for summary judgment is currently pending, to which Plaintiff has

17  not yet filed any opposition. On September 14, 2006, Plaintiff's father faxed a document to the

18  Court which was subsequently filed, stating that Plaintiff has had difficulty communicating with

19  his counsel, Christina L. Johnson. Plaintiff's father explains that Ms. Johnson has not been

20  returning his calls or emails and has not filed any opposition to the pending motion for summary

21  judgment. On September 15, 2006, at the hearing scheduled on Defendants' motion for

22  summary judgment, attorney Reuben J. Becker specially appeared on behalf of Plaintiff and

23  represented that he was retained to review the case file and, if he agrees, will represent Plaintiff

24  in this matter.

25      The Court HEREBY ORDERS the following, which supercedes any order made on the

26  record on September 15, 2006:

27      (1)    Ms. Johnson is HEREBY ORDERED to provide copies of her entire case file to

28             Plaintiff within twenty-four hours of being served with a copy of this Order by

certified mail. The Clerk is directed to serve a copy of this Order on Ms. Johnson by certified mail, return receipt requested;

(2) The deadline for Plaintiff to file an opposition to Defendants' motion for summary judgment is CONTINUED to October 30, 2006. Plaintiff must file an opposition by this date even if he is unable to obtain new counsel. If Plaintiff fails to file an opposition by October 30, 2006, the Court will consider Defendants' motion unopposed and will address the merits of motion. At the hearing, Defendants offered to share all non-privileged documents with Plaintiff to assist Plaintiff in preparing an opposition to Defendants' motion. Upon a showing of good cause – such as if Plaintiff has difficulty obtaining copies of the file from Ms. Johnson and the non-privileged documents shared by Defendants are insufficient to enable Plaintiff to oppose Defendants' motion – Plaintiff may request an extension;

(3) If Plaintiff files an opposition, Defendants shall have until November 9, 2006 to file a reply;

(4) The hearing on Defendants' motion is reset for December 1, 2006 at 9:00 a.m. However, if Plaintiff fails to file an opposition by October 30, 2006, the Court will vacate the hearing date and deem the motion submitted;

(5) The dates for the pretrial conference and trial are VACATED and will be reset, if necessary, after the pending motion for summary judgment is resolved;

(6) By no later than September 25, 2006, Defendants shall file a declaration demonstrating the cost they incurred in filing the reply brief highlighting Plaintiff's failure to oppose the motion for summary judgment and in preparing and attending the hearing on September 15, 2006; and

(7) Ms. Johnson is ORDERED TO SHOW CAUSE why the Court should not impose sanctions for her failure to appear at the hearing on Defendants' motion for summary judgment their motion, her failure to respond the Court's Order to Show Cause issued on September 8, 2006, and her apparent abandonment of

Plaintiff in this matter.  Ms. Johnson is FURTHER ORDERED TO SHOW CAUSE why this Court should not report her to the California State Bar for her conduct in this matter.  Ms. Johnson shall file a response to this Order to Show Cause by no later than September 29, 2006.

**IT IS SO ORDERED.**

Dated: September 18, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE